[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 29, 2007
THOMAS K. KAHN
CLERK

_____

No. 05-15317
Non-Argument Calendar
_____

D. C. Docket No. 05-20271-CR-DLG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

IVAN BIDO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(May 29, 2007)**

Before TJOFLAT, BIRCH and FAY, Circuit Judges.

PER CURIAM:

Alexander Michaels, counsel for Ivan Bido, has filed a motion to withdraw

on appeal, supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and conviction and sentence are **AFFIRMED**.